```
 1  Bob Nehoray
    Law Offices of Bob Nehoray
 2  3345 Wilshire Boulevard, Suite 707
    Los Angeles, CA 90010
 3  Telephone: 213.384.7774

 4  G. Samuel Cleaver
    Law Offices of G. Samuel Cleaver
 5  5670 Wilshire Blvd., 18th Floor
    Los Angeles, CA 90036
 6  Telephone: 323-648-6676

 7  Attorneys for Plaintiff
    JENNIFER SAWICKI
 8
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SAWICKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-CV-0070 GAF (JCGx)<br><br>ORDER ON<br>**REQUEST FOR COURT-ORDERED DISMISSAL WITH PREJUDICE** |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:126617899.1 074623.1027

Plaintiff Jennifer Sawicki ("Plaintiff"), through her counsel of record, hereby moves the Court to dismiss this action with prejudice. Plaintiff requests that the Complaint in the above-captioned matter should be dismissed with prejudice herein pursuant to Rule 41, subparagraph (a)(1)(ii) and (c), of the Federal Rules of Civil Procedure. The dismissal is being made pursuant to a settlement between Plaintiff and Defendants.

Dated: May 23, 2014

G. Samuel Cleaver
Law Offices of G. Samuel Cleaver

Bob Nehoray
Law Offices of Bob Nehoray

Attorneys for Plaintiff
JENNIFER SAWICKI

IT IS SO ORDERED
Dated 6/17/14

United States District Judge

LITTLER MENDELSOHN, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:126617899.1 074623.1027